**Opinion issued February 3, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-15-00077-CR**
**NO. 01-15-00078-CR**

———————————

**IN RE ERICK SMITH, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Erick Smith, has filed a petition for writ of mandamus claiming that the trial court failed to amend its judgments nunc pro tunc in the underlying cases to include certain credits for jail time served.[*]

We **deny** the petition for writ of mandamus.

---

[*] The underlying cases are *The State of Texas v. Erick Lavelle Smith*, cause numbers 1314085 and 1370991, pending in the 174th District Court of Harris County, Texas, the Honorable Ruben Guerrero presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

Do not publish.  TEX. R. APP. P. 47.2(b).